Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST WITHDRAWAL OF VIOLATION PETITION
## AND VACATE REVOCATION HEARING

### July 30, 2025

Name of Offender: **Prince Emmanuel Goziem Okoli**

Case Number: **2:22CR00197**

Name of Sentencing Judicial Officer: **Honorable Leigh Martin May**

Date of Original Sentence: **December 4, 2020**

Original Offense: **Unlicensed Money Transmitting Business**

Original Sentence: **18 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **July 22, 2022**

Date Jurisdiction Transferred to District of Nevada: **September 15, 2022**

Name of Assigned Judicial Officer: **Honorable Cristina D. Silva**

### PETITIONING THE COURT

☒ To withdraw petition filed on July 23, 2025

### CAUSE

On July 23, 2025, Your Honor issued a warrant (ECF No. 7) for Okoli due to a petition filed by the Probation Office alleging several violations of his supervised release. Okoli was arrested by the United States Marshal Service on July 25, 2025. On July 28, 2025, Okoli made his initial appearance before the Honorable Magistrate Judge Brenda Weksler and was ordered to be released pending his revocation hearing. which is currently scheduled for August 14, 2025.

Following the hearing on July 28, 2025, it was discovered that Okoli expired from his three (3) year term of supervision on July 21, 2025, which was prior to the filing of the petition. Though the violation conduct outlined in the petition occurred while he was on supervision, the petition

RE: Prince Emmanuel Goziem Okoli

Prob12B
D/NV Form
Rev. June 2014

was not filed prior to his expiration of supervision. Due to this oversight on the Probation Office's part, it is respectfully requested that the petition be withdrawn and the revocation hearing scheduled for August 14, 2025, be vacated.

Respectfully submitted,

Digitally signed by Cecil McCarroll
Date: 2025.07.30 16:55:04 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Amberleigh Barajas
Date: 2025.07.30 14:52:01 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer

*THE COURT ORDERS*

☐   No Action.

☒   To withdraw violation petition and vacate revocation hearing.

☐   Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

__August 1, 2025_____
Date